UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Estate of PRESTON MCDOWELL, by LINDA MCDOWELL, Administrator, <br><br>    Plaintiff, <br>vs. <br><br>Correctional officers Scott Teske, Star No. 3417, Ryan Hitchens, Star No. 3115, Dennis Dahlback, Star No. 2988, Danny Jarrett, Star No. 3141, Jon Deal, Star No. 2996, Jeremy Norman. Star No. 3276, Kevin Holycross, Star No. 3123, Andrew Vela, Star No. 5964, Christopher Miller, Star No. 3244, Richard Gilbert, Star No. 3070, Nicholas Roberts, Star No. 3334, Patrick Todd, Star N. 3424, Michael Merkwan, Star No. 4395, Delector Kennedy, Star No. 519, Donald Gish, Star No. 3073, Jeremy Norman, Star No. 3276, Bradley Knight, Star No. 4393, Paul Blackwell, Star No.2909, Troy Williamson, Star No. 3465, Eric Neal, Star No. 3266, Kevin Edens, Star No. 3020, Randall Brooks, Star No. 2925, Brenda Riccolo, Star No. 3328, Gary Kuhse, Star No.3171, Jason Brockett, Star No. 2924, Duane Beal, Star No. 2893, and CMT Richard Joyal, Star No. 13704, Individually, <br>    Defendants. <br><br>    Defendants. | No. 05-1086 |

**AGREED PROTECTIVE ORDER**

This matter coming to be heard on the parties' Agreed Protective Order ("Order"), the Court and all parties being fully advised in the same, and good cause having been shown, IT IS HEREBY ORDERED:

1. All addresses of current or former employees from the Illinois Department of Corrections produced to Plaintiff's counsel in this cause of action shall be designated "Confidential Materials."

2. Confidential Materials shall be disclosed or made available only to the following persons: (a) counsel of record or other licensed attorneys participating in the litigation; (b) personnel who are specifically assisting in this litigation; and (c) outside consultants or experts specifically retained by counsel to perform investigative work, advise counsel or otherwise assist in this litigation, provided that such individuals are not current or former inmates of the Department.

3. Persons designated in paragraph 2 shall not use, disclose or disseminate any Confidential Material other than for purposes directly related to this litigation and shall not disclose or disseminate Confidential Material to any others, without prior written permission of the Department of Corrections or by order of the court. Persons to whom Confidential Material is revealed shall be subject to the jurisdiction of the court for purposes of enforcement or a violation of this Order. Such persons shall be subject to such relief as is deemed appropriate by the court, including sanctions.

4. A person designated in 2(b) or (c) shall not have access to any Confidential Material until he or she has read a copy of this Order and has indicated in writing that he or she has read a copy of this Order, agrees to be bound by it and to be thereby subject to the court's jurisdiction. Copies of all such agreements shall be made available to the Department's counsel upon request.

5. In the event any Confidential Material is used in any proceeding herein prior to the trial of this matter, it shall not lose its Confidential status through such

use and the parties shall take all steps reasonably required to protect such confidentiality.

6. All Confidential Material shall be kept safely and securely within full custody of counsel or others entitled to access thereto pursuant to this Order. Additional copies of any Confidential Material may be prepared under supervision of counsel and shall be treated as Confidential and maintained securely.

7. Maintenance of the Confidential status of any such Confidential Material shall be subject to further order of this court and nothing herein shall preclude any party from applying to the court for modification of this Order. The parties reserve the right to make application to the court upon not less than five days' notice to seek permission to modify the provisions of this Order. Counsel shall first seek to resolve by agreement, and without involvement of the court, any disputes regarding confidential designations.

8. After the termination of this litigation, including all appeals, all Confidential Material shall be returned to the Department of Corrections or destroyed.

Agreed as to Form and Substance:

 s/Christopher L. Higgerson      s/Garrett W. Browne (with consent) 
Christopher L. Higgerson     Garrett W. Browne
Counsel for the Defendants     Counsel for Plaintiff

IT IS SO ORDERED.

Entered: s/Harold A. Baker
U.S. District Judge

Date: 11/4/2005